**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Trop, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **58-1921424** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2555 Chantilly Drive**<br>**Atlanta, GA 30324**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fulton**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  **Trop, Inc.** _____   Case number (*if known*) _____
Name

---

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

Debtor   **Trop, Inc.**                                                    Case number (*if known*) _____
         Name

---

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

████   **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor    **Trop, Inc.**                                                                    Case number (*if known*) _____
     Name

<div style="background:black"> </div> **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 19, 2018**
                          MM / DD / YYYY

***X*** **/s/ Teri Galardi**                                **Teri Galardi**
    Signature of authorized representative of debtor             Printed name

Title    **CEO**

**18. Signature of attorney**

***X*** **/s/ Louis G. McBryan**                        Date   **September 19, 2018**
    Signature of attorney for debtor                          MM / DD / YYYY

**Louis G. McBryan 480993**
Printed name

**McBRYAN, LLC**
Firm name

**6849 Peachtree Dunwoody Road**
**Builing B-3, Suite 100**
**Atlanta, GA 30328**
Number, Street, City, State & ZIP Code

Contact phone   **678-733-9322**        Email address   **lmcbryan@mcbryanlaw.com**

**480993 GA**
Bar number and State

---

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Trop, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ainsworth Dudley 4200 Northside Parkway 1-200 Atlanta, GA 30327** | | | | | | **$62,808.32** |
| **Alison Maguire 11 Fairwood Drive Dallas, GA 30157** | | | **Contingent Disputed** | | | **$3,819.16** |
| **Ally Financial PO Box 380901 Minneapolis, MN 55438** | | | | | | **$11,117.48** |
| **Amanda Brown 443 Wimberly Way Powder Springs, GA 30127** | | | **Contingent Disputed** | | | **$11,108.32** |
| **Ashley Bullock 190 Huntington Circle Alpharetta, GA 30004** | | | **Contingent Disputed** | | | **$1,827.52** |
| **Ashley Giordana PO Box 680968 Marietta, GA 30068** | | | **Contingent Disputed** | | | **$1,590.00** |
| **Business First Bank North Shore Banking Center 1675 N. Hwy 190 Covington, LA 70433** | | | | | | **$1,013,642.29** |
| **Latisha Blake 3639 Salem Hills Drive Lithonia, GA 30038** | | | **Contingent Disputed** | | | **$1,956.68** |
| **Lauren Elizabeth Roberts 109 Ivy Hall Lane Dallas, GA 30132** | | | **Contingent Disputed** | | | **$2,426.68** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Trop, Inc.** | | Case number *(if known)* | |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Michael L. Chapman, PC 4200 Northside Parkway Building 1, Suite 200 Atlanta, GA 30327** | | | | | | **$57,817.52** |
| **Parks, Chesin & Walbert PC 74 14th Street, 26th Floor Atlanta, GA 30309** | | | | | | **$50,000.00** |
| **Schulten Ward & Turner 260 W. Peachtree Street NW #2700 Atlanta, GA 30303** | | | | | | **$51,000.00** |
| **Tarpon Financial Corp c/o The Day Law Firm, LLC 1790 Atkinson Road, Suite F Lawrenceville, GA 30043** | | **Writ of Fieri Facias in the Superior Court of Fulton County, Recorded on August 23, 2018 re: Case No. 17MCG046045** | | | | **$10,622.55** |
| **Teresa Gikas-Fears PO Box 2245 Tucker, GA 30085** | | | **Contingent Disputed** | | | **$33,185.84** |
| **Tiffany Leigh Miller 3166 Evelyn Street Tucker, GA 30084** | | | **Contingent Disputed** | | | **$23,818.12** |
| **Winfred Matthews c/o Adrienne P. Hobbs 750 Hammond Drive, B12-S #200 Atlanta, GA 30328** | | **Writ of Fieri Facias in the State Court of DeKalb County, Recorded 08-28-09 re: Case No. 07A61866-2** | | | | **$2,000.00** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

.

Ainsworth Dudley
4200 Northside Parkway 1-200
Atlanta, GA 30327


Alison Maguire
11 Fairwood Drive
Dallas, GA 30157


Allizandra Valcourt
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


Ally Financial
PO Box 380901
Minneapolis, MN 55438


Amanda Brown
443 Wimberly Way
Powder Springs, GA 30127


Andrew Hilley
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


Ashley Bullock
190 Huntington Circle
Alpharetta, GA 30004


Ashley Giordana
PO Box 680968
Marietta, GA 30068


Ashley Johnston
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327

Ashley Langston
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


Auto-Chlor
4410 Bankers Circle
Suite B
Atlanta, GA 30360


Business First Bank
North Shore Banking Center
1675 N. Hwy 190
Covington, LA 70433


Caroline Smith
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


Devonne Washington
c/o Ainsworth G. Dudley
Atlanta, GA 30327


Elisha Morrow
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


Hailey Lytle
c/o Harlan S. Miller
6868 Leslie Lane
Macon, GA 31220


Heather West
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327

Ivelisse Borges
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327

Jachura Lawton
c/o Harlan S. Miller
6868 Leslie Lane
Macon, GA 31220

Jasmine Durden
c/o Harlan S. Miller
6868 Leslie Lane
Macon, GA 31220

Jessica Harris
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327

Jessica Ward
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327

Julie Milburn
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327

Kaci Phillips
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327

Kimberly Kelly
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327

Latisha Blake
3639 Salem Hills Drive
Lithonia, GA 30038


Lauren Elizabeth Roberts
109 Ivy Hall Lane
Dallas, GA 30132


Mag Court of Fulton Count
185 Central Avenue SW
TG-100
Atlanta, GA 30303


Michael L. Chapman, PC
4200 Northside Parkway
Building 1, Suite 200
Atlanta, GA 30327


Nikki Simmons
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


Parks, Chesin & Walbert PC
74 14th Street, 26th Floor
Atlanta, GA 30309


Rachel Konke
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


Rebekah Reschar
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327

Rowan McCoy
c/o Harlan S. Miller
6868 Leslie Lane
Macon, GA 31220


Sahra Amed
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


Samantha Holdren
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


Schulten Ward & Turner
260 W. Peachtree Street NW
#2700
Atlanta, GA 30303


Shelly O'Neal-Senzer
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


Starr Sullivan
c/o Ainsworth G. Dudley
4200 Northside Parkway, 1-200
Atlanta, GA 30327


State Court of DeKalb Co
556 N. McDonough Street
#300
Decatur, GA 30030


Stephany Kuykendall
c/o Harlan S. Miller
6868 Leslie Lane
Macon, GA 31220

Tarpon Financial Corp
c/o The Day Law Firm, LLC
1790 Atkinson Road, Suite F
Lawrenceville, GA 30043


Teresa Gikas-Fears
PO Box 2245
Tucker, GA 30085


Tiffany Leigh Miller
3166 Evelyn Street
Tucker, GA 30084


Tiffany Terveen
c/o Harlan S. Miller
Macon, GA 31220


Travelers Insurance
PO Box 660317
Dallas, TX 75266


Winfred Matthews
c/o Adrienne P. Hobbs
750 Hammond Drive, B12-S #200
Atlanta, GA 30328


Zoe Walker
c/o Harlan S. Miller
6868 Leslie Lane
Macon, GA 31220

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Trop, Inc.**
_____   Case No. _____
                                Debtor(s)   Chapter   **11**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Trop, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 19, 2018**
_____
Date

**/s/ Louis G. McBryan**
_____
**Louis G. McBryan 480993**
Signature of Attorney or Litigant
Counsel for   **Trop, Inc.**
**McBRYAN, LLC**
**6849 Peachtree Dunwoody Road**
**Builing B-3, Suite 100**
**Atlanta, GA 30328**
**678-733-9322 Fax:678-498-2709**
**lmcbryan@mcbryanlaw.com**