UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TROP, INC. | ) | CASE NO. 18-65726 |
| | ) | |
| Debtor, | ) | |
| | ) | |

## MOTION FOR AUTHORITY TO USE CASH COLLATERAL

COMES NOW, Debtor and Debtor-in-Possession, Trop, Inc. d/b/a Pink Pony Theatre and Museum ("Debtor" or "Trop, Inc.") and files this Motion for Authority to Use Cash Collateral and shows the Court as follows:

### BACKGROUND

1.

Debtor filed its petition for relief September 19, 2018 (the "**Petition Date**"). under Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtor is authorized to operate its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No chapter 11 trustee or examiner has been appointed in any of the Debtor's cases.

### JURISDICTION

2.

This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The authority is granted for the relief requested in §§ 105, 361, 362, and 363 of Title 11 of the United States

Code, 11 U.S.C. § 101 et seq. as amended (the "Bankruptcy Code"), and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

3.

Debtor owns and operates an adult entertainment club known as The Pink Pony located at 1837 Corporate Blvd NE, Brookhaven, Georgia 30329 (the "Business"). Debtor has owned and operated the Business in this location since November 1990.

4.

Recently the United States District Court entered an Order that caused the City of Brookhaven to issue a ruling that decreased Debtor's hours of operation. Additionally, over the past two years, some of Debtor's entertainment employees have asserted Fair Labor Standards Act claims against Debtor (the "FLSA Creditors"). Due to the overwhelming number of suits and demands pending and previously agreed to settlements Debtor's Business and income has suffered. At least one (1) FLSA Actions has resulted in judgment being entered against Debtor (the "FLSA Judgments"). As a result of these and other events, Debtor commenced this Chapter 11 case.

5.

The revenue from the Business may constitute cash collateral as that term is defined in U.S.C. § 363 (the "Cash Collateral"). A FLSA Judgment was recorded in Fulton County Georgia in August 2018. Such is likely subject to avoidance under 11 U.S.C. § 547. However, it may constitute a lien in and to the Cash Collateral. Out of an abundance of caution Debtor has filed this motion seeking the Court's approval for the use of the Cash Collateral.

6.

Debtor needs to use the Cash Collateral to meet its ordinary operating expenses and maintain the Business. Debtor has no other source of income except for the Cash Collateral. Attached hereto as "Exhibit A" is a copy of Debtor's budget of projected income and expenses for the next month (the "Budget").

7.

Upon information and belief, the ongoing concern value of the Business far exceeds the combined FLSA Judgments. Hence, the interests, if any, of the FLSA Judgments in Debtor's Cash Collateral are adequately protected.

8.

Debtor has owned and operated the Business for approximately twenty-eight (28) years and is confident that the projections shown in the attached Budget can be accomplished.

WHEREFORE, Debtor prays that this Court grant Debtor the authority to use Cash Collateral and for such relief as is just and proper.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
Cecilia J. Christy, Georgia Bar No. 370092
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorneys for Debtor**

# "EXHIBIT A"

## DEBTOR'S BUDGET OF PROJECTED INCOME AND EXPENSES

## TROP INC 30-DAY BUDGET FORECAST

| INCOME: | | | EXPENSES: COGS (Cost Of Goods Sold) | | | EXPENSES: | | |
|---|---|---|---|---|---|---|---|---|
| BAR SALES | $ | 62,000.00 | LIQ/BEER/WINE | $ | 44,868.00 | RENT | $ | 11,574.60 |
| FOOD SALES-BAR | $ | 178,000.00 | BAR SUPPLIES | $ | 1,491.00 | HEALTH INS. | $ | 15,600.00 |
| FOOD SALES-KITCHEN | $ | 22,000.00 | SODA/COFFEE/SOFT DRINKS | $ | 7,683.00 | GEN LIAB INS. | $ | 8,900.00 |
| ADMISSIONS | $ | 85,000.00 | JANITORIAL SUPPLIES | $ | 280.00 | WC INS | $ | 7,000.00 |
| HOUSE FEES | $ | 93,200.00 | PAPER GOODS | $ | 920.00 | AUTO | $ | 1,300.00 |
| ENTERTAINER SALES/COMMISSIONS | $ | 165,000.00 | LINENS & SERVICES | $ | 1,880.00 | LIFE INS-KEY MAN | $ | 1,120.00 |
| COMPS | $ | (3,500.00) | JANITORIAL SERVICES | $ | 5,200.00 | ELECTRIC | $ | 5,900.00 |
| MISC INCOME VENDING | $ | 200.00 | GLASSWARE/BAR STOOLS | $ | 1,200.00 | PHONE | $ | 1,100.00 |
| G-BUCKS SERVICE CHARGES | $ | 16,000.00 | SALES & USE TAX | $ | 30,000.00 | WATER/UTIL | $ | 1,900.00 |
| | | | LIQ BY THE DRINK TAX | $ | 1,200.00 | GAS | $ | 550.00 |
| | | | | | | WASTE | $ | 1,120.00 |
| | | | | | | COMCAST | $ | 375.00 |
| TOTALS: | $ | 617,900.00 | | $ | 94,722.00 | PEST CONTROL | $ | 150.00 |
| | | | | | | MAINT/REPAIRS | $ | 3,800.00 |
| | | | | | | LANDSCAPE | $ | 2,000.00 |
| | | | | | | SOUND/LIGHTING | $ | 500.00 |
| ADMIN/MGMT EXPENSES: | | | FEES: | | | FEATURE ENT LODGING | $ | 600.00 |
| | | | | | | FEATURES | $ | 3,600.00 |
| LVA MGMT & CONSULTING | $ | 33,000.00 | BANK SVC FEES | $ | 400.00 | PRINTING/GRAPHICS | $ | 2,800.00 |
| DANCING BEAR - KITCHEN | $ | 22,000.00 | MERCH C/C FEES | $ | 19,000.00 | SOCIAL MEDIA | $ | 1,600.00 |
| DANCING BEAR - MGMT | $ | 8,300.00 | POSTAGE | $ | 150.00 | PROMO BUFFETT | $ | 1,200.00 |
| HAWKS FLIGHT INC | $ | 2,900.00 | FEDEX | $ | 200.00 | ASCAP/BMI | $ | 1,200.00 |
| DEEMAK INC | $ | 5,000.00 | ADP FEES | $ | 1,900.00 | RADIO/OUTDOOR/PRINT | $ | 14,400.00 |
| EJS CONSULTING INC | $ | 3,800.00 | ATTY FEES - SWT | $ | 9,000.00 | ALARM SERVICE | $ | 130.00 |
| ADAM MIDDLETON PROPRIETORY | $ | 1,100.00 | ATTY-AUBREY | $ | 2,800.00 | FIRE ALARM | $ | 160.00 |
| RANDY CROITS PROPRIETORY | $ | 700.00 | CPA-PECHTER | $ | 1,000.00 | AUTO-CHLOR | $ | 575.00 |
| ENTERTAINER PAYROLL HOURLY | $ | 2,600.00 | | | | | | |
| ENTERTAINER COMMISSIONS | $ | 165,000.00 | | | | | | |
| PAYROLL GROSS | $ | 75,000.00 | | | | TOTAL: | $ | 89,154.60 |
| EMPLOYER PAYROLL TAXES | $ | 11,000.00 | | | | | | |
| BROOKHAVEN QUARTERLY PYMT | $ | 56,750.00 | | $ | 34,450.00 | | | |
| ANNUAL PROPERTY TAX DUE | $ | 27,999.70 | | | | | | |
| DJ COMMISSIONS | $ | 14,000.00 | | | | | | |
| TOTAL ADMIN/MGMT FEES: | $ | 429,149.70 | | | | | | |

| | | |
|---|---|---|
| TOTAL INCOME/REVENUE: | $ | 617,900.00 |
| TOTAL COGS EXPENSE: | $ | (94,722.00) |
| TOTAL EXPENSES REVOLVING: | $ | (89,154.00) |
| TOTAL EXPENSES FEES: | $ | (34,450.00) |
| TOTAL ADMIN/MGMT FEES: | $ | (429,149.70) |

| | | |
|---|---|---|
| INCOME AFTER EXPENSES: | $ | (29,575.70) |