UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **TROP, INC.** | ) | **CASE NO.**  18-65726 |
| | ) | |
| Debtor, | ) | |
| | ) | |

## DEBTOR'S REQUEST TO PAY PRE-PETITION WAGES PAYROLL TAXES, CERTAIN EMPLOYEE BENEFITS AND RELATED EXPENSES, AND OTHER COMPENSATION TO EMPLOYEES

COMES NOW, the above-captioned Debtor and Debtor-in-Possession (collectively, the "**Debtor**"), by and through its undersigned attorneys, hereby file this motion (the "**Motion**") for entry of an order authorizing payment of pre-petition wages, payroll taxes, certain employee benefits and related expenses, and other compensation to employees. In support thereof, the Debtor respectfully represents as follows:

1.

Debtor filed its petition for relief September 19, 2018 (the "**Petition Date**") under Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtor is authorized to operate its business as Debtor-in-Possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No chapter 11 trustee or examiner has been appointed in any of the Debtor's cases.

### JURISDICTION

2.

This Court has jurisdiction over this case and this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.

The statutory predicates for the relief requested herein are Sections 105(a), 363(b) and 507 of the Bankruptcy Code.

## BACKGROUND

4.

Debtor owns and operates an adult entertainment club known as The Pink Pony located at 1837 Corporate Blvd NE, Atlanta, Georgia 30329 (the "Business").

5.

Debtor currently has a total of 85 employees on its payroll, all of whom are essential for operation and maintenance of the Business. All employees are due to be paid on September 21, 2018 for the period of August 31, 2018 through September 1, 2018. There are four (4) insiders employed by the Debtor. None of the employees' pre-petition wage claims exceeds the dollar limit set forth in 11 U.S.C. § 507(a)(4). Attached hereto as "Exhibit A" is an example and estimate of the list of Debtor's current employees that are owed approximate wages. The requested fourteen (14) days of petition payroll totals the gross amount of $58,955.22. Additionally, at least three days of earnings for the week of the Petition date will earned. The amount is yet unknown. Debtor also seeks to pay all associated withholding, payroll taxes (Medicare, social security) and associated health insurance if any deducted or earned by the Employees.

6.

Debtor also utilizes independent contractors as entertainers and some other services. Such individuals receive 1099 and not on payroll. However, protocols exist that allow that each receives a minimum compensation of not less than $8.00 per hour. These persons generally are

2

paid daily from the tips earned that day. To the best of Debtor's knowledge there are no amounts

due as of the Petition Date. However, if such is owed, as the entertainers are integral to the

Debtor's Business, Debtor does seek to pay such amounts.

7.

By this Motion, the Debtor seeks authority to pay certain wages, compensation, and

benefits (the "**Employee Obligations**") that become payable during the pendency of these

chapter 11 cases and to continue at this time their practices, programs, and policies with respect

to Employees and Employee Obligations, as such practices, programs, and policies were in effect

as of the Petition Date. Even though the Debtor has incurred certain Employee Obligations prior

to the Petition Date, certain of the Employee Obligations will become due and payable in the

ordinary course of the Debtor's business on and after the Petition Date. The Employee

Obligations include, without limitation: (i) wages, salary, and other compensation; (ii) payroll

taxes; (iii) vacation programs; (iv) health and welfare benefits.

**RELIEF REQUESTED**

8.

By this Motion, the Debtor seeks authority to pay the Employee Obligations that become

payable during the pendency of this chapter 11 case, including that portion of Employee

Obligations that had accrued pre-petition, and to continue at this time its practices, programs, and

policies with respect to the Employees and Employee Obligations, as such practices, programs,

and policies were in effect as of the Petition Date. Furthermore, because it is difficult for the

Debtor to determine with precision the accrued pre-petition amount for many of the Employee

Obligations, to the extent that the Debtor subsequently determines that there are any additional

outstanding Employee Obligations related to the programs and policies described herein, the

Debtor requests authority to pay such pre-petition amounts. The Debtor similarly request that it be authorized to pay any cost or penalty incurred by any recipient of Employee Obligations in the event that a check issued by the Debtor for payment of the Employee Obligations is inadvertently not honored because of the filing of the Debtor's bankruptcy case.

9.

The Debtor requests that any payment made or to be made in regard to this Motion, and any authorization contained in the Order approving this Motion, shall be subject to the terms of any orders approving and authorizing the use of cash collateral entered by this Court in this chapter 11 case.

## BASIS FOR RELIEF

### A.     Cause Exists to Authorize the Payment of the Employee Obligations.

10.

Pursuant to Sections 507(a)(4) and 507(a)(5) of the Bankruptcy Code, a debtor's employees' claims for "wages, salaries, or commission, including vacation, severance, and sick leave pay" earned within one hundred eighty (180) days before the Petition Date, and claims against the debtor for contributions to employee benefit plans arising from services rendered within one hundred eighty (180) days before the Petition Date, are afforded unsecured priority status to the extent the claims do not exceed $12,850. 11 U.S.C. § 507(a)(4), (5).

11.

As of the Petition Date, the Debtor does not believe there are any Employees for whom payments on Employee Obligations would exceed $12,850.  Accordingly, the Debtor believes that all of the Employee Obligations would constitute priority claims.

4

12.

Pursuant to Section 105(a) of the Bankruptcy Code, a bankruptcy court has broad authority to enforce the provisions of the Bankruptcy Code either under the specific statutory language of the Bankruptcy Code or under equitable doctrines.

13.

Moreover, courts have authorized debtors to pay pre-petition amounts pursuant to Section 363(b) when sound business justification exists, and the payments are necessary to the bankruptcy process. *In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 176 (Bankr. S.D.N.Y. 1989). The payment of prepetition claims under the doctrine of necessity is consistent with the "two recognized policies" of chapter 11 of the Bankruptcy Code: preserving going concern value and maximizing property available to satisfy creditors. *See Bank of Am. Nat'l Trust & Sav. Assoc. v. 203 N. LaSalle St. P'Ship*, 526 U.S. 434, 453 (1999).

14.

Other courts also have recognized the applicability of the "necessity of payment" doctrine with respect to the payment of pre-petition employee compensation and benefits. *See, e.g., In re Braniff, Inc.*, 218 B.R. 628, 633 (Bankr. M.D. Fla. 1998) (noting that debtors may pay pre-petition wages when necessary to ensure employees remain on the job post-petition); *Ionosphere*, 98 B.R. at 176 ("This rule recognizes the existence of the judicial power to authorize a Debtor in a reorganization case to pay pre-petition claims where such payment is essential to the continued operation of the debtor."); *In re Gulf Air, Inc.*, 112 B.R. 152, 153–54 (Bankr. W.D. La. 1989) (authorizing debtor-in-possession to pay pre-petition employee wages, benefits, and health, life, and workers' compensation insurance premiums). The Debtor submit that, as illustrated below, application of the "necessity of payment" doctrine is wholly warranted in this case.

15.

Any delay in paying Employee Obligations will adversely impact the Debtor's

relationships with its Employees and will irreparably impair the morale, dedication, confidence,

and cooperation of the very people upon whom the Debtor rely in order for its business to be

successful. The Debtor must have the support of its Employees in order for the Debtor's efforts

in this chapter 11 case to succeed.

16.

Moreover, absent an order granting the relief requested in this Motion, the Debtor's

Employees will suffer undue hardship and, in many instances, serious financial difficulties, as

the amounts in question are needed to enable certain of the Employees to meet its own personal

financial obligations. The stability of the Debtor will thus be undermined, perhaps irreparably, by

the possibility that otherwise loyal Employees will seek other employment alternatives.

17.

The Debtor does not seek to alter compensation, vacation, and other benefit policies in

this Motion, and this Motion is not to be deemed an assumption or adoption of any agreement or

policy providing for any such benefits. Instead, this Motion is intended only to permit the

Debtor, in its discretion, to make payments consistent with those policies and to permit the

Debtor, in its discretion, to continue to honor its practices, programs, and policies with respect to

its Employees, as such practices, programs, and policies were in effect as of the Petition Date.

18.

Relief similar to that requested herein has been granted by courts in other substantial

chapter 11 cases in this District. *See, e.g., In re AstroTurf, LLC*, No. 16-41504 (Bankr. N.D. Ga.

June 29, 2016) (Bonapfel, J.) [Doc. No. 31]; *In re Hutcheson Medical Center, Inc.*, No. 14-42863

(Bankr. N.D. Ga. Nov. 25, 2014) (Bonapfel, J.) [Doc. No. 33]; *In re Miller Auto Parts & Supply*

*Co.*, No. 14-68113 (Bankr. N.D. Ga. Sept. 18, 2014) (Diehl, J.) [Doc. No. 22]; *In re S. Reg'l*

*Health Sys., Inc.*, No. 15-64266 (Bankr. N.D. Ga. Aug. 5, 2015) (Hagenau, J.) [Docket No. 39];

*In re Cagle's, Inc.*, No. 11-80202 (Bankr. N.D. Ga. Oct. 20, 2011) (Bihary, J.) [Docket No. 30];

*In re Pike Nursery Holding, LLC*, Case No. 07-79129 (Bankr. N.D. Ga. Nov. 16, 2007) (Diehl,

J.) [Docket No. 39]; *In re Allied Holdings, Inc.*, Case No. 05-12515 (Bankr. N.D. Ga. Aug. 2,

2005) (Drake, J.) [Docket No. 58]; *In re Rhodes, Inc.*, Case No. 04-78434 (Bankr. N.D. Ga. Nov.

8, 2004) (Diehl, J.) [Docket No. 61]; *In re Galey & Lord, Inc.*, Case No. 04-43098 (Bankr. N.D.

Ga. Aug. 19, 2004) (Diehl, J.) [Docket No. 20]; *In re Sport Court, Inc.*, Case No. 04-41107

(Bankr. N.D. Ga. Mar. 18, 2004) (Bonapfel, J.) [Docket No. 17].

**B.      The Debtor's Bank Should Be Authorized to Honor and Pay Checks Issued
and to Make Other Transfers in Respect of the Employee Obligations.**

19.

If the Court grants the relief sought herein, the Debtor request that its banks and other

financial institutions be authorized and directed, when requested by the Debtor and in the

Debtor's sole discretion, to receive, process, honor, and pay any and all checks and electronic

transfer requests drawn on the Debtor's accounts to pay the Employee Obligations, whether

those checks or electronic transfer requests were presented prior to or after the Petition Date, and

make other transfers necessary to implement these transactions provided that sufficient funds are

available in the applicable accounts to make the payments and transfers. The Debtor's represents

7

that each of these checks can be readily identified as relating directly to the authorized payment

of Employee Obligations. Accordingly, the Debtor believes that checks and transfers other than

those relating to such authorized payments will not be honored inadvertently.

20.

The Debtor similarly requests that it be authorized to pay any cost or penalty incurred by

a person to which Employee Obligations are owed in the event that a check issued by the Debtor

for payment of the Employee Obligations is inadvertently not honored because of the filing of

the Debtor's bankruptcy case. Though the Debtor estimate any such costs or penalties to be *de*

*minimis* in amount, if the Debtor are not authorized to pay such costs or penalties, then

its Employees will suffer the exact type of harm that this Motion seeks to prevent, and the Debtor

will suffer from loss of Employee goodwill.

**C.      Payment of Certain of the Employee Obligations Is Required by Law.**

21.

The Debtor seek authority to pay deductions and payroll taxes to the appropriate entities.

These amounts principally represent Employee earnings that governments, Employees, and

judicial authorities have designated for deduction from Employees' paychecks. Indeed, certain

deductions, including contributions to the employee benefit programs and child support and

alimony payments, are not property of the Debtor's estate because they have been withheld from

Employees' paychecks on another party's behalf. See 11 U.S.C. § 541(b). Further, federal and

state laws require the Debtor and its officers to make certain tax payments that have been

withheld from its Employees' paychecks. See 26 U.S.C. § 6672 and 7501(a); see also *City of*

*Farrell v. Sharon Steel Corp.*, 41 F.3d 92, 95-97 (3d Cir. 1994) (finding that state law requiring a

corporate debtor to withhold city income tax from its employees' wages created a trust

8

relationship between debtor and the city for payment of withheld income taxes); *DuCharmes &*

*Co., Inc. v. State of Mich (In re DuCharmes & Co.)*, 852 F.2d 194, 196 (6th Cir. 1988) (noting

that individual officers of a company may be held personally liable for failure to pay trust fund

taxes). Because deductions and payroll taxes are not property of the Debtor's estates, the Debtor

requests that the Court authorize it to transmit payroll taxes to the proper parties in the ordinary

course of business.

22.

Based on the foregoing, the Debtor submits the relief requested is necessary and

appropriate, is in the best interests of the estate and creditors and should be granted in all

respects.

23.

To the extent the fourteen day stay of Bankruptcy Rule 6004(h) may be construed to

apply to the subject matter of this Motion, the Debtor requests that such stay be waived.

24.

Concurrently herewith, Debtor has filed a Motion for Authority to Use Cash Collateral[1],

which is incorporated herein by reference.

---

[1] There are two judgment lien creditors that may assert an interest in the cash collateral. However, both judgment liens were recorded in Fulton County Georgia in August 2018 and thus are subject to avoidance as preferences pursuant to 11 U.S.C. § 547. Debtor shall be filing an adversary proceeding to avoid such recorded liens.

WHEREFORE, the Debtor respectfully requests that this Court:

(a)  authorizing payment of the Employee Obligations and authorizing the applicable

financial institutions to honor and process all checks relating to Employee Obligations; and

(b) grant the Debtor such other and further relief as is just and proper.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
Cecilia J. Christy, Georgia Bar No. 370092
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorneys for Debtor**

10

"EXHIBIT A"

| COMPANY TOTAL | HOURS | EARNINGS | STATUTORY DEDUCTIONS | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| COMPANY CODE 7W1 | | | | | ☐ 89 Pays |
| | 4,288.00 REG | 32,920.65 REG | 3,069.99 FIT | | 13,214.10 |
| | 63.75 O/T | 25,231.99 O/T | 3,570.60 SS | 36,663.90 TOTAL DEDUCTIONS | |
| | .00 HOURS 3 | .00 EARNINGS 3 | 823.86 MED | | |
| | .00 HOURS 4 | .00 EARNINGS 5 | 1,612.57 STATE | | |
| | | 602.58 O/T | | | |
| | | .00 EARNINGS 4 | | | |
| | | 58,955.22 GROSS | | | |

EARNINGS ANALYSIS.        29.52  M MAKE        25,202.47  T TIPS
STATUTORY DED. ANALYSIS.  1,612.57  23 GA
VOLUNTARY DED. ANALYSIS.  1,362.22  M MED        9,222.98-  Q        25,202.47  T TIPS        9,222.98  8
                          183.65  73 GRNSH$        9,365.56  CK1 CHECK1        550.00  CK2 CHECK2

NET PAYROLL        13,214.10  CHECKS:        47 FLAGGED:        *NONE*  STARTING CHECK NUMBER.        6587
TOTAL DEPOSITS:     9,915.56  VOUCHERS:        42 NET CASH PAYS 1,000.00 OR MORE        3  ENDING CHECK NUMBER.        6633
NET VOIDS:            467.29  ADJUSTMENTS.        2                      eVOUCHERS:        0
NET CASH:          22,662.37                                            PAPER VOUCHERS PRINTED        42



**Payroll Register**
**Company Totals**

TROP        INC
Company Code:    7W1

Batch: 1506-030    Period Ending: 09/02/2018    Week 36
Service Center: 030    Pay Date: 09/07/2018    Page 14

© 1999, Automatic Data Processing, Inc.

| PERSONNEL | HOURS Reg | O/T | Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PURVINES, LYNN File: 000062 Rate: 2.1300 | 29.50 | | | 62.84 | | 352.35 T | | 415.19 | 27.29 FIT 25.74 SS 6.02 MED | 3.79 GA | 352.35 T TIPS | .00 Voucher# 360001 1 Pays .00 |
| DEPT TOTAL | 29.50 REG .00 O/T .00 HOURS 3 .00 HOURS 4 | | 352.35 | 62.84 REG 352.35 EARNINGS 3 .00 EARNINGS 4 | .00 O/T .00 EARNINGS 5 415.19 GROSS | | | | 27.29 FIT 25.74 SS 6.02 MED 3.79 STATE | | 352.35 TOTAL DEDUCTIONS | |
| EARNINGS ANALYSIS: STATUTORY DED. ANALYSIS: 352.35 T TIPS VOLUNTARY DED. ANALYSIS: 352.35 T TIPS | | 3.79 GA | 352.35 T TIPS | | | | | | | | | 356.5. |
| GALARDI, DARRELL File: 006384 Dept: 000100 Rate: 8.0000 | 60.00 | | | 480.00 | | | | 480.00 | 29.21 FIT 26.94 SS 6.30 MED | 13.44 GA | 45.60 M MED | Check# 6587 |
| GALARDI, JOSEPH A File: 000465 Dept: 000100 Rate: 300.00 | 80.00 | | | 300.00 | | | | 300.00 | 15.77 FIT 18.60 SS 4.35 MED | 5.01 GA | 256.27 CK1 CHECK1 | Voucher# 360002 |
| GALARDI, KAYLA File: 000551 Dept: 000100 Rate: 1650.00 | 80.00 | | | 1,650.00 | | | | 1,650.00 | 175.51 FIT 102.30 SS 23.92 MED | 86.38 GA | 1261.89 CK1 CHECK1 | Voucher# 360003 |
| GALARDI, KELLY M File: 000464 Dept: 000100 Rate: 2000.00 | 80.00 | | | 2,000.00 | | | | 2,000.00 | 217.40 FIT 124.00 SS 29.00 MED | 101.15 GA | 728.45 CK1 CHECK1   300.00 CK2 CHECK2 | 500.00 Check# 6598 |
| GUARDALABENE, MISTY AKINS File: 000419 Dept: 000100 Rate: 1900.00 | 80.00 | | | 1,900.00 | | | | 1,900.00 | 192.35 FIT 107.05 SS 25.03 MED | 110.97 GA | 1291.13 CK1 CHECK1   173.47 M MED | Voucher# 360004 |
| HUNT, CHARLES ROBIN File: 006375 Dept: 000100 Rate: 500.00 | 10.00 | | | 500.00 | | | | 500.00 | 15.03 FIT 28.04 SS 6.56 MED | 8.38 GA | 47.60 M MED | Check# 6589 394.19 |

**TROP INC**
Company Code 7W1

ADP Payroll Register

Batch 1506-030   Period Ending 09/02/2018   Week 36
Service Center 030   Pay Date: 09/07/2018   Page 1

© ADP Automatic Data Processing, Inc.

| PERSONNEL | HOURS Reg | O/T | Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON, RYAN | 10.00 | | | 800.00 | | | | 800.00 | 62.42 FIT / 44.86 SS / 10.49 MED | 30.79 GA | 76.48 M MED | 574.96 |
| File: 006401 Dept: 000100 Rate: 800.00 | | | | | | | | | | | | Check# 6590 |
| JONES, JEFFREY | 10.00 | | | 1,000.00 | | | | 1,000.00 | 84.20 FIT / 56.11 SS / 13.12 MED | 41.68 GA | 95.00 M MED | 709.89 |
| File: 000489 Dept: 000100 Rate: 100.0000 | | | | | | | | | | | | Check# 6591 |
| MIDDLETON, ADAM | 8.00 | | | 800.00 | | | | 800.00 | .00 FIT / 44.86 SS / 10.49 MED | 10.04 GA | 76.00 M MED / 183.65 73 GRNSH$ | 474.94 |
| File: 000490 Dept: 000100 Rate: 100.0000 | | | | | | | | | | | | Check# 6592 |
| MILLER, IRINA EVGENEVNA | 80.00 | | | 950.00 | | | | 950.00 | 9.63 FIT / 53.30 SS / 12.46 MED | 17.59 GA | 516.77 CK1 CHECK1 / 90.25 M MED / 250.00 CK2 CHECK2 | .00 |
| File: 000268 Dept: 000100 Rate: 950.00 | | | | | | | | | | | | Voucher# 360005 |
| STONE, EDDIE | 10.00 | | | 1,000.00 | | | | 1,000.00 | 95.60 FIT / 62.00 SS / 14.50 MED | 47.38 GA | | 780.52 |
| File: 000491 Dept: 000100 Rate: 100.0000 | | | | | | | | | | | | Check# 6593 |
| TERRY, MARTHA | 10.00 | | | 500.00 | | | | 500.00 | 30.99 FIT / 28.04 SS / 6.56 MED | 14.51 GA | 47.80 M MED | 372.10 |
| File: 006381 Dept: 000100 Rate: 500.00 | | | | | | | | | | | | Check# 6594 |
| WILLIAMS, DENNIS | 10.00 | | | 500.00 | | | | 500.00 | 31.02 FIT / 28.06 SS / 6.56 MED | 14.53 GA | 47.50 M MED | 372.33 |
| File: 006371 Dept: 000100 Rate: 500.00 | | | | | | | | | | | | Check# 6595 |
| YORK, KRISTINA DAWN | 80.00 | | | 400.00 | | | | 400.00 | .00 FIT / 22.44 SS / 5.25 MED | 4.20 GA | 330.11 CK1 CHECK1 / 38.00 M MED | .00 |
| File: 000129 Dept: 000100 Rate: 400.00 | | | | | | | | | | | | Voucher# 360006 |
| DEPT TOTAL 000100 | 608.00 REG / .00 O/T / .00 HOURS 3 / .00 HOURS 4 | | | 12,780.00 REG / .00 O/T / .00 EARNINGS 3 / .00 EARNINGS 5 | | .00 O/T / .00 EARNINGS 4 / 12,780.00 GROSS | 183.65 73 GRNSH$ | | 959.13 FIT / 746.62 SS / 174.59 MED / 506.05 STATE | | 5,856.17 TOTAL DEDUCTIONS | 14 Pays 4,537.44 |

STATUTORY DED. ANALYSIS: 506.05 23 GA

VOLUNTARY DED. ANALYSIS: 737.90 M MED   183.65 73 GRNSH$   4,384.62 CK1 CHECK1   550.00 CK2 CHECK2

Company Code: TROP INC 7W1

| PERSONNEL | HOURS Reg | HOURS O/T | Hours 3&4 | EARNINGS Reg | EARNINGS O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal | STATUTORY DEDUCTIONS State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARPENTER, MARTIKA TASHEA  File: 000486  Dept: 000200  Rate: 2.1300 | 76.00 | | | 161.88 | | 431.00 T | | 592.88 | 46.75 FIT  36.76 SS  8.60 MED | 22.95 GA | 389.12- Q  389.12 8  431.00 T TIPS | 46.82  Check# 6596 |
| GOODIN, TERESA  File: 000071  Dept: 000200  Rate: 2.1300 | 48.00 | | | 102.24 | | 645.00 T | | 747.24 | .00 FIT  43.92 SS  10.27 MED | 9.26 GA | 38.79 M MED  645.00 T TIPS  245.76 Q  245.76 8 | .00  Voucher# 360007 |
| LIVINGSTON, NICOLE  File: 000051  Dept: 000200  Rate: 2.1300 | 45.00 | | | 95.85 | | 726.00 T | | 821.85 | 29.43 FIT  50.95 SS  11.92 MED | 3.55 GA | 230.40- Q  230.40 8  726.00 T TIPS | .00  Voucher# 360008 |
| NORTHCUTT, SHANNON  File: 000571  Dept: 000200  Rate: 2.1300 | 30.00 | | | 63.90 | | 226.25 T | | 290.15 | 14.79 FIT  17.99 SS  4.21 MED | 5.48 GA | 226.25 T TIPS | 21.42  Check# 6597 |
| PICOT, BRIGITTE MARIE  File: 000218  Dept: 000200  Rate: 2.1300 | 30.00 | | | 63.90 | | 523.00 T | | 586.90 | 16.54 FIT  36.39 SS  8.51 MED | 2.46 GA | 153.60- Q  153.60 8  523.00 T TIPS | .00  Voucher# 360009 |
| PORTER, SASHA  File: 000493  Dept: 000200  Rate: 2.1300 | 33.00 | | | 70.29 | | 527.00 T | | 597.29 | 21.87 FIT  37.03 SS  8.66 MED | 2.73 GA | 168.96- Q  168.96 8  527.00 T TIPS | .00  Voucher# 360010 |
| PRICE, AMY DIANNE  File: 000108  Dept: 000200  Rate: 2.1300 | 80.00 | 10.00 | | 170.40 | 31.96 | 965.28 T | | 1,167.63 | 104.16 FIT  72.39 SS  16.93 MED | 8.87 GA | 460.80- Q  460.80 8  965.28 T TIPS | .00  Voucher# 360011 |
| THOMPSON, PATRICIA  File: 005575  Dept: 000200  Rate: 2.1300 | 30.00 | | | 63.90 | | 399.50 T | | 463.40 | 1.92 FIT  28.74 SS  6.72 MED | 11.24 GA | 153.60- Q  153.60 8  399.50 T TIPS | 15.28  Check# 6598 |
| TUCKER, TONYA ANN  File: 000198  Dept: 000200  Rate: 2.1300 | 37.50 | | | 79.88 | | 1,025.00 T | | 1,104.88 | 3.62 FIT  68.51 SS  4.80 MED | 2.95 GA | 192.00- Q  192.00 8  1,025.00 T TIPS | .00  Voucher# 360012 |

TROP INC   Company Code: 7W1   Batch: 1506-030   Service Center: 030   Period Ending: 09/02/2018   Pay Date: 09/07/2018   Week 36   Page 3

ADP Payroll Register

| PERSONNEL | HOURS Reg | O/T | Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHARTON, DONNIS E<br>File: 000125<br>Dept: 000200<br>Rate: 2.1300 | 67.00 | | | 142.71 | | 1,117.75 T | | 1,260.46 | 39.85 FIT<br>78.15 SS<br>18.28 MED | 6.43 GA | 343.04- Q<br>343.04 8    1117.75 T TIPS | .00<br>Voucher# 360013 |
| DEPT TOTAL 000200 | 476.50 REG<br>10.00 O/T<br>.00 HOURS 3<br>.00 HOURS 4 | | | 1,014.95 REG<br>6,585.78 O/T<br>.00 EARNINGS 3<br>.00 EARNINGS 5 | | 31.95 O/T<br>.00 EARNINGS 5<br>7,632.68 GROSS | | | | | 10 Pays 83.53<br>6,624.57 TOTAL DEDUCTIONS | |
| EARNINGS ANALYSIS: 6,585.78 T TIPS<br>STATUTORY DED. ANALYSIS: 75.92 23 GA   38.79 M MED<br>VOLUNTARY DED. ANALYSIS: 2,337.28- O   2,337.28 8 | | | | | | | | | | | | |
| ANDREWS, NICOLE<br>File: 000618<br>Dept: 000300<br>Rate: 2.1300 | 54.75 | | | 116.62 | | 667.20 T | | 783.82 | | 5.12 GA | 280.32- Q<br>280.32 8    667.20 T TIPS | .00<br>Voucher# 360014 |
| BARNETT, AMANDA<br>File: 006390<br>Dept: 000300<br>Rate: 2.1300 | 35.25 | | | 75.08 | | 354.00 T | | 429.08 | 28.68 FIT<br>26.60 SS<br>6.22 MED | 13.12 GA | 180.48- Q<br>180.48 8    354.00 T TIPS | .46<br>Check# 6599 |
| BARRA, LISA<br>File: 000586<br>Dept: 000300<br>Rate: 2.1300 | 47.00 | | | 100.11 | | 770.00 T | | 870.11 | 29.00 FIT<br>53.94 SS<br>12.61 MED | 4.56 GA | 240.64- Q<br>240.64 8    770.00 T TIPS | .00<br>Voucher# 360015 |
| CARABALLO, NICOLE<br>File: 006337<br>Dept: 000300<br>Rate: 2.1300 | 56.00 | | | 119.28 | | 619.00 T | | 738.28 | 45.04 FIT<br>45.77 SS<br>10.71 MED | 17.76 GA | 286.72- Q<br>286.72 8    619.00 T TIPS | .00<br>Voucher# 360016 |
| CARTER, BREANNA<br>File: 006404<br>Dept: 000300<br>Rate: 7.2500 | 54.00 | | | 391.50 | | 338.40 T | | 729.90 | 63.19 FIT<br>45.25 SS<br>10.58 MED | 31.17 GA | 338.40 T TIPS | 241.31<br>Adjustment<br>Void PP<br>0000022815 |
| CARTER, DAKIA<br>File: 006395<br>Dept: 000300<br>Rate: 7.2500 | 80.00 | 18.00 | | 580.00 | 195.75 | 321.10 T | | 1,096.85 | 107.22 FIT<br>68.01 SS<br>15.91 MED | 53.19 GA | 321.10 T TIPS | 531.42<br>Check# 6600 |

ADP Payroll Register

TROP INC    Company Code: 7W1

Batch: 1506-030    Service Center: 030    Period Ending: 09/02/2018    Pay Date: 09/07/2018    Week 36    Page 4

© 1994 Automatic Data Processing, Inc.

**ADP Payroll Register**

Company Code: 7W1 — TROP INC
Batch: 1506-030   Service Center: 030
Period Ending: 09/02/2018   Pay Date: 09/07/2018
Week 36   Page 5

| PERSONNEL | Hours Reg | Hours O/T | Hours 3&4 | Earn Reg | Earn O/T | Earnings 3&4 | Earnings 5 | GROSS | Federal | State/Local | Voluntary Deductions | NET PAY | Check/Voucher |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASON, ASHLEY — File: 006316 Dept: 000300 Rate: 2.1300 | 46.00 | | | 97.98 | | | 569.00 T | 666.98 | 42.92 FIT / 41.36 SS / 9.67 MED | 4.03 GA | 569.00 T TIPS | .00 | Voucher# 360017 |
| COLLINS, PHALLAN RAE — File: 000411 Dept: 000300 Rate: 2.1300 | 48.00 | | | 102.24 | | 16.76 M | 229.00 T | 348.00 | .00 FIT / 21.58 SS / 5.05 MED | 8.36 GA | 228.96 Q / 228.96 8 / 229.00 T TIPS | 84.01 | Check# 6601 |
| FULKERSON, TARA — File: 006350 Dept: 000300 Rate: 2.1300 | 43.75 | | | 93.19 | | | 290.85 T | 3__.04 | 8.21 FIT / 23.81 SS / 5.57 MED | 5.08 GA | 224.00 Q / 224.00 8 / 290.85 T TIPS | 50.52 | Check# 6602 |
| HASAN, MYAN — File: 000520 Dept: 000300 Rate: 2.1300 | 27.00 | | | 57.51 | | | 250.00 T | 307.51 | 16.52 FIT / 19.06 SS / 4.46 MED | 6.34 GA | 138.24 Q / 138.24 8 / 250.00 T TIPS | 11.13 | Check# 6603 |
| HAWKINS, CALLA AMANDA — File: 000449 Dept: 000300 Rate: 2.1300 | 67.50 | | | 143.78 | | | 593.50 T | 737.28 | 64.07 FIT / 45.71 SS / 10.69 MED | 23.31 GA | 345.60 Q / 345.60 8 / 593.50 T TIPS | .00 | Voucher# 360018 |
| HOLT, MAYA — File: 000612 Dept: 000300 Rate: 2.1300 | 18.00 | | | 38.34 | | | 111.04 T | 149.38 | .00 FIT / 9.26 SS / 2.16 MED | | 92.16 Q / 92.16 8 / 111.04 T TIPS | 26.92 | Check# 6604 |
| LIVINGSTON, JACQUELIN — File: 000297 Dept: 000300 Rate: 2.1300 | 45.00 | | | 95.85 | | | 500.25 T | 596.10 | .00 FIT / 36.96 SS / 8.65 MED | 10.76 GA | 230.40 Q / 230.40 8 / 500.25 T TIPS | 39.48 | Check# 6605 |
| LYNCH, TAYLOR WHITNEY — File: 000385 Dept: 000300 Rate: 2.1300 | 25.50 | | | 54.32 | | | 230.00 T | 284.32 | .00 FIT / 17.63 SS / 4.12 MED | 5.24 GA | 130.56 Q / 130.56 8 / 230.00 T TIPS | 27.33 | Check# 6606 |
| POSS, LAURA — File: 006317 Dept: 000300 Rate: 2.1300 | 48.25 | | | 102.77 | | | 780.00 T | 882.77 | 30.54 FIT / 54.73 SS / 12.80 MED | 4.70 GA | 247.04 Q / 247.04 8 / 780.00 T TIPS | .00 | Voucher# 360019 |

| PERSONNEL | HOURS Reg | O/T | Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMITH, JAMIE  File: 000455  Dept: 000300  Rate: 2.1300 | 72.00 | | | 153.36 | | 909.00 T | | 1,062.36 | 45.85 FIT  65.86 SS  15.41 MED | 26.24 GA | 368.64- Q  368.64 8  909.00 T TIPS | .00  Voucher# 360020 |
| SMITH, KATHLEEN  File: 000625  Dept: 000300  Rate: 2.1300 | 28.00 | | | 59.64 | | 455.00 T | | 514.64 | 18.14 FIT  31.91 SS  7.47 MED | 2.12 GA | 143.36- Q  143.36 8  455.00 T TIPS | .00  Voucher# 360021 |
| TODD, BONITA  File: 000402  Dept: 000300  Rate: 2.1300 | 48.00 | | | 102.24 | | 12.76 M  233.00 T | | 348.00 | 20.57 FIT  21.57 SS  5.05 MED | 8.36 GA | 232.80- Q  232.80 8  233.00 T TIPS | 59.45  Check# 6607 |
| TRAHAN, JENNIFER  File: 000592  Dept: 000300  Rate: 2.1300 | 46.50 | | | 99.05 | | 488.00 T | | 587.05 | 46.05 FIT  36.40 SS  8.51 MED | 8.09 GA | 238.08- Q  238.08 8  488.00 T TIPS | .00  Voucher# 360022 |
| WENDLANDT, JADE  File: 006306  Dept: 000300  Rate: 2.1300 | 40.00 | | | 85.20 | | 843.00 T | | 928.20 | 10.82 FIT  57.55 SS  13.45 MED | 3.38 GA | 204.80- Q  204.80 8  843.00 T TIPS | .00  Voucher# 360023 |
| WHITE, VICTORIA  File: 000606  Dept: 000300  Rate: 2.1300 | 33.50 | | | 71.36 | | 410.00 T | | 481.36 | 17.95 FIT  29.85 SS  6.98 MED | 10.03 GA | 171.52- Q  171.52 8  410.00 T TIPS | 6.55  Check# 6608 |
| DEPT TOTAL 000300 | 964.00 REG  18.00 O/T  .00 HOURS 3  .00 HOURS 4 | | | 2,739.42  9,990.86  .00 | | REG 2,739.42  O/T 195.75  EARNINGS 3 .00  EARNINGS 5  GROSS 12,925.03 | | | 646.31 FIT  801.41 SS  187.43 MED  250.96 STATE | 3,984.32 8 | 9,961.34 TOTAL DEDUCTIONS  9,961.34 T TIPS | 20 Pays  1,078.58 |
| GEORGE, ALEXA  File: 006586  Dept: 000301  Rate: 2.1300 | 25.00 | | | 53.25 | | 210.00 T | | 263.25 | 12.10 FIT  16.32 SS  3.82 MED | 4.40 GA | 128.00- Q  128.00 8  210.00 T TIPS | 16.61  Check# 6609 |

EARNINGS ANALYSIS: 29.52 M MAKE
STATUTORY DED. ANALYSIS: 250.96 23 GA
VOLUNTARY DED. ANALYSIS: 3,984.32- Q

**ADP Payroll Register**

TROP _____ INC
Company Code: 7W1

Batch: 1506-030   Period Ending: 09/02/2018   Week 36
Service Center: 030   Pay Date: 09/07/2018   Page 6

| PERSONNEL | HOURS Reg | O/T | Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOLUNTARY DEDUCTIONS | | NET PAY | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARTLEY, ELIZABETH  File: 006310  Dept: 000301  Rate: 2.1300 | 35.50 | | | 75.62 | | | | 355.62 | 21.33 FIT  22.05 SS  5.16 MED | 8.74 GA | 181.76 Q  181.76 8 | 280.00 T TIPS | 18.34 | 6610 |
| LOWE, BIANCA  File: 006335  Dept: 000301  Rate: 2.1300 | 40.75 | | | 86.80 | | 251.00 T | | 337.80 | .00 FIT  20.94 SS  4.90 MED | 1.21 GA | 208.64 Q  208.64 8 | 251.00 T TIPS | 59.75 | 6611 |
| MCKINNEY, RIVER  File: 000596  Dept: 000301  Rate: 2.1300 | 25.00 | | | 53.25 | | 220.00 T | | 273.25 | 13.10 FIT  16.95 SS  3.96 MED | 4.80 GA | 128.00 Q  128.00 8 | 220.00 T TIPS | 14.44 | 6612 |
| PETERSON, DESTINY  File: 006369  Dept: 000301  Rate: 2.1300 | 13.00 | | | 27.69 | | 150.00 T | | 177.69 | 3.54 FIT  11.01 SS  2.57 MED | 1.52 GA | 66.56 Q  66.56 8 | 150.00 T TIPS | 9.05 | 6613 |
| STANLEY, AUTUMN  File: 006327  Dept: 000301  Rate: 2.1300 | 35.00 | | | 74.55 | | 340.00 T | | 414.55 | 27.23 FIT  25.70 SS  6.01 MED | 12.25 GA | 179.20 Q  179.20 8 | 340.00 T TIPS | 3.36 | 6614 |
| YASIN, YEMONYA  File: 006385  Dept: 000301  Rate: 2.1300 | 25.50 | | | 54.32 | | 300.00 T | | 354.32 | 21.20 FIT  21.97 SS  5.14 MED | 6.01 GA | | 300.00 T TIPS | .00 | Voucher# 360024 |
| DEPT TOTAL 000301 | 199.75 REG  .00 O/T  .00 HOURS 3  .00 HOURS 4 | | | 425.48 REG  1,751.00 EARNINGS 3  .00 EARNINGS 5 | | .00 O/T  .00 EARNINGS 4  2,176.48 GROSS | | | 98.50 FIT  134.94 SS  31.56 MED  38.93 STATE | 892.16 8 | 1,751.00 TOTAL DEDUCTIONS | | 7 Pays  121.55 | |
| ALLGOOD, ALTON  File: 000053  Dept: 000400  Rate: 7.2500 | 53.50 | | | 387.88 | | 45.00 T | | 432.88 | 13.10 FIT  26.84 SS  6.27 MED | 7.41 GA | | 45.00 T TIPS | 334.26 | 6615 |

EARNINGS ANALYSIS: 1,751.00 T TIPS
STATUTORY DED. ANALYSIS: 38.93 GA
VOLUNTARY DED. ANALYSIS: 892.16 Q

**ADP Payroll Register**

TROP INC
Company Code: 7W1

© 1996 Automatic Data Processing, Inc.

| PERSONNEL | HOURS (Reg / O/T / Hours 3&4) | EARNINGS (Reg / O/T / Earnings 3&4 / Earnings 5) | GROSS | STATUTORY DEDUCTIONS (Federal) | State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|
| **GOODIN, DAVID A**<br>File: 000346<br>Dept: 000400<br>Rate: 7.2500 | Reg 58.50 | Reg 424.13<br>Earnings 3&4 240.00 T | 664.13 | 50.68 FIT<br>37.27 SS<br>8.72 MED | 19.14 GA | 63.09 M MED<br>240.00 T TIPS | 245.23<br>Check# 6516 |
| **LITTLEJOHN, BRIAN**<br>File: 000518<br>Dept: 000400<br>Rate: 7.2500 | Reg 72.50 | Reg 525.63<br>Earnings 3&4 725.00 T | 1,250.63 | 20.88 FIT<br>70.17 SS<br>16.41 MED | 50.91 GA | 248.45 CK1 CHECK1<br>725.00 T TIPS<br>118.81 M MED | .00<br>Voucher# 360025 |
| Dept: 000400<br>Rate: 10.0000 | Reg 16.00 | Reg 160.00 | 160.00 | 14.48 FIT<br>8.98 SS<br>2.10 MED | 8.69 GA | 110.55 CK1 CHECK1<br>15.20 M MED | .00<br>Voucher# 360026<br>Pay 2 |
| **TALBERT, HAROLD**<br>File: 000122<br>Dept: 000400<br>Rate: 7.2500 | Reg 80.00 | Reg 580.00<br>Earnings 3&4 25.00 T | 605.00 | 48.20 FIT<br>37.51 SS<br>8.77 MED | 23.66 GA | 25.00 T TIPS | 461.86<br>Check# 6617 |
| Dept: 000400<br>Rate: 10.0000 | Reg 32.00 | Reg 320.00 | 320.00 | 38.40 FIT<br>19.84 SS<br>4.64 MED | 19.20 GA | | 237.92<br>Check# 6518<br>Pay 2 |
| **DEPT TOTAL 000400** | 312.50 REG<br>.00 O/T<br>.00 HOURS 3<br>.00 HOURS 4 | 2,397.64 REG<br>1,035.00 O/T<br>.00 EARNINGS 3<br>.00 EARNINGS 4<br>.00 EARNINGS 5 | 3,432.64 GROSS | 185.74 FIT<br>200.61 SS<br>46.91 MED<br>129.03 STATE | | 1,591.10 TOTAL DEDUCTIONS | 1,279.25<br>6 Pays |

EARNINGS ANALYSIS: 1,035.00 T TIPS
STATUTORY DED. ANALYSIS: 129.03 23 GA
VOLUNTARY DED. ANALYSIS: 197.10 M MED   1,035.00 T TIPS   359.00 CK1 CHECK1

| PERSONNEL | HOURS | EARNINGS | GROSS | STATUTORY DEDUCTIONS (Federal) | State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|
| **CROYTS, RANDY A**<br>File: 000068<br>Dept: 000500<br>Rate: 2.1300 | Reg 62.00 | Reg 132.06<br>Earnings 3&4 740.00 T | 872.06 | 8.36 FIT<br>52.52 SS<br>12.28 MED | 33.90 GA | 25.00 M MED<br>740.00 T TIPS<br>317.44 Q<br>317.44 8 | .00<br>Voucher# 360027 |
| **DAUGHTRY JR., ROBERT W.**<br>File: 000069<br>Dept: 000500<br>Rate: 2.1300 | Reg 36.00 | Reg 76.68<br>Earnings 3&4 464.00 T | 540.68 | 32.51 FIT<br>33.52 SS<br>7.64 MED | 2.81 GA | 184.32 Q<br>184.32 8<br>464.00 T TIPS | .00<br>Voucher# 360028 |
| **DESMOND, JOHN**<br>File: 006334<br>Dept: 000500<br>Rate: 2.1300 | Reg 72.50 | Reg 154.43<br>Earnings 3&4 931.00 T | 1,085.43 | 64.81 FIT<br>67.30 SS<br>15.74 MED | 6.58 GA | 931.00 T TIPS | .00<br>Voucher# 360029 |

TROP, INC
Company Code: 7W1

ADP Payroll Register
Batch 1506-030
Service Center: 030
Period Ending 09/02/2018
Pay Date 09/07/2018
Week 36
Page 8

| PERSONNEL | HOURS Reg | HOURS O/T | EARNINGS Hours 3&4 | EARNINGS Reg | EARNINGS O/T | EARNINGS 3&4 | EARNINGS 5 | GROSS | STATUTORY DEDUCTIONS Federal | STATUTORY DEDUCTIONS State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WEDIN, TIMOTHY JOSEPH** File: 000523 Dept: 000500 Rate: 7.2500 | 8.00 | | | 58.00 | | | | 158.00 | .00 FIT 9.60 SS 2.29 MED | 46 GA | 100.00 T TIPS | 45.45 Check# 6619 |
| Dept: 000500 Rate: 2.1300 | 70.00 | | | 149.10 | 100.00 T | 640.00 T | | 789.10 | 50.29 FIT 48.92 SS 11.44 MED | 38.45 GA | 358.02- Q 358.02 8 640.00 T TIPS | .00 Voucher# 360030 Pay 2 |
| **DEPT TOTAL 000500** | REG 248.50 O/T .00 HOURS 3 .00 HOURS 4 .00 | | | REG 570.27 EARNINGS 3 2,875.00 EARNINGS 5 .00 | O/T .00 | EARNINGS 4 .00 | | 3,445.27 | | | 2,900.00 TOTAL DEDUCTIONS | .00 5 Pays 45.45 |
| EARNINGS ANALYSIS: | | | | | | | | | | | | |
| STATUTORY DED. ANALYSIS: 2,875.00 T TIPS 82.20 GA | | | T TIPS 23 GA | | | | Q | | | T TIPS 2,875.00 | | |
| VOLUNTARY DED. ANALYSIS: 25.00 M MED | | | M MED | | 859.78- | | | | | | 859.78 8 | |
| **ALLEN, SHARONDA** File: 006373 Dept: 000600 Rate: 11.0000 | 24.00 | | | 264.00 | | | | 264.00 | 12.17 FIT 16.37 SS 3.82 MED | 4.43 GA | 227.21 CK1 CHECK1 | Voucher# 360031 |
| **BOETEL, EDWARD** File: 006396 Dept: 000600 Rate: 11.0000 | 64.75 | | | 712.25 | | | | 712.25 | .00 FIT 44.16 SS 10.32 MED | 23.88 GA | 633.89 CK1 CHECK1 | Voucher# 360032 |
| **CANTRELL, CASEY** File: 006340 Dept: 000600 Rate: 11.0000 | 48.00 | | | 528.00 | | | | 528.00 | 22.61 FIT 32.74 SS 7.66 MED | 12.83 GA | 452.16 CK1 CHECK1 | Voucher# 360033 |
| **CARTER, FRANK** File: 006528 Dept: 000600 Rate: 10.0000 | 77.00 | | | 770.00 | | | | 770.00 | 68.00 FIT 47.74 SS 11.17 MED | 33.58 GA | 609.51 CK1 CHECK1 | Voucher# 360034 |
| **CHAVEZ, ROBERT** File: 006345 Dept: 000600 Rate: 10.0000 | 48.00 | | | 480.00 | | | | 480.00 | 33.77 FIT 29.76 SS 6.96 MED | 16.18 GA | | .00 Check# 6520 |
| **CHAVEZ, ROBERTO LORENZO** File: 000351 Dept: 000600 Rate: 7.2500 | 52.00 | | | 377.00 | 35.00 T | 35.00 T | | 412.00 | 7.10 FIT 23.12 SS 5.41 MED | 4.63 GA | 297.60 CK1 CHECK1 35.00 T TIPS 39.14 M MED | 393.33 Voucher# 360035 |

**TROP, INC**
Company Code: 7W1

Batch: 1506-030    Period Ending 09/02/2018    Week 36
Service Center: 030    Pay Date: 09/07/2018    Page 9

**ADP Payroll Register**
© 1999 Automatic Data Processing, Inc.

| PERSONNEL | HOURS Reg | O/T | Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLARKE, JAMELL** File: 006398 Dept: 000600 Rate: 11.0000 | 16.00 | | | 176.00 | | | | 176.00 | 3.37 FIT 10.91 SS 2.55 MED | 1.47 GA | | 157.70 Check# 6621 |
| **CLINTON, MARCUS** File: 000600 Dept: 000600 Rate: 10.0000 | 80.00 | 10.00 | | 800.00 | 150.00 | | | 950.00 | 32.89 FIT 56.90 SS 13.78 MED | 44.38 GA | | 800.05 Check# 6622 |
| **COLUSSY II, ALAN** File: 006391 Dept: 000600 Rate: 11.0000 | 65.25 | | | 717.75 | | | | 717.75 | 42.58 FIT 44.50 SS 10.40 MED | 24.21 GA | 596.06 CK1 CHECK1 | .00 Voucher# 360036 |
| **JONES, EARL EDWARD** File: 000320 Dept: 000600 Rate: 11.0000 | 80.00 | 10.00 | | 880.00 | 165.00 | | | 1,045.00 | 81.85 FIT 64.79 SS 15.16 MED | 43.85 GA | | 839.35 Check# 6623 |
| **LEWIS, MECCA** File: 000605 Dept: 000600 Rate: 11.0000 | 80.00 | 15.75 | | 880.00 | 259.88 | | | 1,139.88 | .00 FIT 70.67 SS 16.53 MED | 55.77 GA | 996.91 CK1 CHECK1 | .00 Voucher# 360037 |
| **NUNEZ, ALLAN** File: 006392 Dept: 000600 Rate: 11.0000 | 80.00 | | | 880.00 | | | | 880.00 | 81.20 FIT 54.56 SS 12.76 MED | 40.18 GA | | 691.30 Check# 6624 |
| **NUTTER, CHRISTOPHER LOWE** File: 000288 Dept: 000600 Rate: 50.0000 | 8.00 | | | 400.00 | | | | 400.00 | 20.00 FIT 22.44 SS 5.24 MED | 16.41 GA | 38.00 M MED 297.91 CK1 CHECK1 | .00 Voucher# 360038 |
| **THOMAS, RAMON** File: 006319 Dept: 000600 Rate: 11.0000 | 30.00 | | | 330.00 | | | | 330.00 | 2.81 FIT 20.46 SS 4.79 MED | 2.97 GA | | 298.97 Check# 6625 |
| **WILSON, JORDAN** File: 006393 Dept: 000600 Rate: 11.0000 | 48.00 | | | 528.00 | | | | 528.00 | .00 FIT 32.74 SS 7.66 MED | 12.83 GA | 474.77 CK1 CHECK1 | .00 Voucher# 360039 |

**ADP Payroll Register**

TROP INC
Company Code: 7W1

Batch 1506-030   Period Ending 09/02/2018   Week 36
Service Center 030   Pay Date 09/07/2018   Page 10

© 1994 Automatic Data Processing, Inc.

| PERSONNEL | HOURS Reg | O/T | Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPT TOTAL 000600 | 801.00 | 35.75 | .00 REG .00 O/T HOURS 3 HOURS 4 | 8,723.00 | 35.00 | REG EARNINGS 3 EARNINGS 5 | 574.88 O/T .00 EARNINGS 4 9,332.88 GROSS | | 408.35 FIT 573.86 SS 134.21 MED 337.60 STATE | | 4,698.16   TOTAL DEDUCTIONS | 15 Pays 3,180.70 |
| EARNINGS ANALYSIS: STATUTORY DED. ANALYSIS: VOLUNTARY DED. ANALYSIS: | | | 35.00 T TIPS 337.60 23 GA 77.14 M MED | | | | | | 4,566.02 CKI CHECK1 | | | 358.97 |
| CLOUD,HEIDI N File: 000517 Dept: 000800 Rate: 7.2500 | 60.00 | | | 435.00 | | | 435.00 | | 29.27 FIT 26.97 SS 6.31 MED | 13 48 GA | | Check# 6626 |
| FOSTER,LENA File: 000512 Dept: 000800 Rate: 2.1300 | 59.50 | | | 126.74 | | 500.00 T | 626.74 | | 50.81 FIT 38.86 SS 9.08 MED | 24.98 GA | 500.00 T TIPS | Check# 6627 |
| HOWARD,TRACY File: 000624 Dept: 000800 Rate: 2.1300 | 76.00 | | | 161.88 | | 420.00 T | 581.88 | | 13.76 FIT 36.08 SS 8.44 MED | 17.99 GA | 420.00 T TIPS 304.64- Q 304.64 8 389.12- Q 389.12 8 | 3.01 Check# 6628 |
| DEPT TOTAL 000800 | 195.50 | .00 | .00 REG .00 O/T HOURS 3 HOURS 4 | 723.62 | 920.00 | REG EARNINGS 3 EARNINGS 5 | .00 O/T .00 EARNINGS 4 1,643.62 GROSS | | 93.84 FIT 101.91 SS 23.83 MED 56.45 STATE | | 920.00   TOTAL DEDUCTIONS | 85.61 3 Pays 447.59 |
| EARNINGS ANALYSIS: STATUTORY DED. ANALYSIS: VOLUNTARY DED. ANALYSIS: | | | 920.00 T TIPS 56.45 23 GA 693.76 Q | | | | 920.00 T TIPS | | 693.76 8 | | |
| BAER,SHERRY L. File: 000301 Dept: 000900 Rate: 75.0000 | 14.00 | | | 1,050.00 | | | 1,050.00 | | 89.63 FIT 58.91 SS 13.78 MED | 44.39 GA | 99.75 M MED | 743.54 Check# 6629 |
| HARTLEY,MELANIE File: 000515 Dept: 000900 Rate: 2.1300 | 57.00 | | | 121.41 | | 865.00 T | 986.41 | | 40.22 FIT 61.16 SS 14.30 MED | 5.73 GA | 865.00 T TIPS | .00 Voucher# 360040 |
| DEPT TOTAL 000900 | 71.00 | .00 | .00 REG .00 O/T HOURS 3 HOURS 4 | 1,171.41 | 865.00 | REG EARNINGS 3 EARNINGS 5 | .00 O/T .00 EARNINGS 4 2,036.41 GROSS | | 129.85 FIT 120.07 SS 28.08 MED 50.12 STATE | | 964.75   TOTAL DEDUCTIONS | .00 2 Pays 743.54 |
| EARNINGS ANALYSIS: STATUTORY DED. ANALYSIS: VOLUNTARY DED. ANALYSIS: | | | 865.00 T TIPS 50.12 23 GA 99.75 M MED | | | | 865.00 T TIPS | | | | |

**ADP Payroll Register**

© 1994 Automatic Data Processing, Inc.

TROP.        INC
Company Code:  7W1

Batch: 1506-030    Period Ending  09/02/2018    Week  36
Service Center:  030    Pay Date  09/07/2018    Page    11

| PERSONNEL | HOURS Reg | O/T | Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DRUMMOND, MELONIE DIANNE File: 000373 Dept: 001000 Rate: 2.1300 | 59.50 | | | 126.74 | 567.00 T | | | 693.74 | .00 FIT 39.81 SS 9.31 MED | 25.90 GA | 51.72 M MED 567.00 T TIPS 304.64- Q 304.64 8 | .00 Voucher# 360041 |
| SHANNON, AMBER File: 000492 Dept: 001000 Rate: 2.1300 | 29.50 | | | 62.84 | | 255.00 T | | 317.84 | .00 FIT 19.70 SS 4.61 MED | 2.61 GA | 35.92 CK1 CHECK1 255.00 T TIPS 151.04- Q 151.04 8 | .00 Voucher# 360042 |
| DEPT TOTAL 001000 | 89.00 REG .00 O/T .00 HOURS 3 .00 HOURS 4 | | | 189.58 REG 822.00 EARNINGS 3 .00 EARNINGS 5 | .00 O/T .00 EARNINGS 4 1,011.58 GROSS | | | | .00 FIT 59.51 SS 13.92 MED 28.51 STATE | | 909.64 TOTAL DEDUCTIONS | .00 2 Pays |

EARNINGS ANALYSIS:
STATUTORY DED. ANALYSIS:  822.00 T TIPS   28.51 23 GA   51.72 M MED   35.92 CK1 CHECK1   455.68- Q   822.00 T TIPS   455.68 8
VOLUNTARY DED. ANALYSIS:

| PERSONNEL | HOURS Reg | O/T | Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUTNER, EVAN File: 000553 Dept: 001200 Rate: 7.2500 | 40.00 | | | 290.00 | | | | 290.00 | 12.02 FIT 16.27 SS 3.81 MED | 4.37 GA | 27.55 M MED | 225.98 Adjustment Void PP- 0000028813 |
| Dept: 001200 Rate: 7.2500 | 80.00 | | | 580.00 | | | | 580.00 | 38.59 FIT 32.55 SS 7.61 MED | 18.87 GA | 55.10 M MED | 427.28 Check# 6630 Pay 2 |
| HALL, CHRISTOPHER File: 000549 Dept: 001200 Rate: 7.2500 | 58.00 | | | 420.50 | | | | 420.50 | .00 FIT 26.07 SS 6.09 MED | 9.09 GA | | 379.25 Check# 6631 |
| HOWARD, BRYAN File: 000546 Dept: 001200 Rate: 7.2500 | 39.00 | | | 282.75 | | | | 282.75 | 17.53 FIT 17.53 SS 4.10 MED | 3.48 GA | | 257.64 Check# 6632 |
| SHELLY, CARL TRACY File: 000547 Dept: 001200 Rate: 7.2500 | 75.75 | | | 549.19 | | | | 549.19 | 35.47 FIT 30.82 SS 7.21 MED | 17.20 GA | 52.17 M MED | 406.32 Check# 6633 |

ADP Payroll Register

TROP INC
Company Code: 7W1

Batch 1506-030    Period Ending 09/02/2018    Week 36
Service Center: 030    Pay Date 09/07/2018    Page 12

| PERSONNEL | HOURS | | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | Hours 3&4 | Reg | O/T | Earnings 3&4 Earnings 5 | | Federal | State/Local | | |

**DEPT TOTAL**
001200

Hours: Reg 292.75, O/T .00, HOURS 3 .00, HOURS 4 .00, 53.01 GA, 134.82 M MED

Earnings: REG 2,122.44, O/T .00, EARNINGS 3 .00, EARNINGS 5 .00

Earnings 5: O/T .00, EARNINGS 4 .00

Gross: GROSS 2,122.44

Statutory: FIT 66.08, SS 123.24, MED 28.82, STATE 53.01

Voluntary: TOTAL DEDUCTIONS 134.82

NET PAY: 4 Pays, 1,696.47

STATUTORY DED. ANALYSIS: 53.01
VOLUNTARY DED. ANALYSIS: 134.82

**ADP Payroll Register**

TROP  NC
Company Code: 7W1

Batch: 1506-030  Period Ending 09/02/2018  Week 36
Service Center: 030  Pay Date 09/07/2018  Page 13