

**IT IS ORDERED as set forth below:**

**Date: October 16, 2018**

_____
**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TROP, INC. | ) | CASE NO. 18-65726-jwc |
| | ) | |
| Debtor, | ) | |

### ORDER APPROVING APPLICATION FOR EMPLOYMENT
### OF MCBRYAN, LLC AS DEBTOR'S ATTORNEY

Debtor Trop, Inc. ("Debtor") filed an application on September 19, 2018 for employment of McBryan, LLC as attorney for Debtor (the "Application") [Docket No.3] in the instant case. No notice of hearing on the Application is necessary. The Application and accompanying declaration demonstrate that McBryan, LLC is a firm qualified to practice in this Court, that is disinterested, and that this case justifies employment of a professional for the purpose specified. Twenty-one days (21) have passed since Debtor's petition date and based upon a review of the pleadings, it appears that McBryan, LLC is eligible for employment pursuant to applicable provisions of the Bankruptcy Code. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is GRANTED. Debtor is authorized to employ McBryan, LLC as its attorney during Debtor's Chapter 11 case. It is further

ORDERED that compensation shall be paid to McBryan, LLC, upon notice, hearing and approval by the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application.

### END OF DOCUMENT

Prepared by:

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com

## DISTRIBUTION LIST

Louis G. McBryan
McBryan, LLC
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328

Thomas W. Dworschak
United States Trustee's Office
Suite 362
Richard B. Russell Federal Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303