**IT IS ORDERED as set forth below:**

Date: May 28, 2019

_____
**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TROP, INC., et al., | ) | Jointly Administered Under |
| | ) | CASE NO. 18-65726-jwc |
| Debtors. | ) | |
| _____ | ) | |

**ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD**

This matter came before the Court pursuant to Debtors' Second Motion Requesting Entry of Order Extending Debtors Exclusivity Period to File a Plan filed on April 10, 2019 (the "Motion") (Doc. No. 179). The Motion came on for hearing on May 23, 2019 at 11:00 a.m., and based upon review of the Motion and having heard from Debtors counsel in support of the Motion and the entire record of this Bankruptcy Case, it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 1121 the Court finds that cause exists, and the Motion is GRANTED. The Debtors' exclusive period within in which to file a plan is extended to and through May 30, 2019 and it is further

**ORDERED** that pursuant to pursuant to 11 U.S.C. § 1121(d) Debtors exclusive period within which to solicit acceptances of a plan is extended through and including July 30, 2019; and it is further

**ORDERED** that nothing herein shall prejudice (a) the Debtor's right to seek further extensions of its exclusive periods as may be necessary or appropriate or (b) the right of any party in interest to object to any requests for further extensions or to seek to reduce any exclusive periods for cause in accordance with 11 U.S.C. § 112(d); and it is further

**ORDERED** that Counsel to the Debtor is directed to serve a copy of this Order on the Office of the United States Trustee, and the Debtors' thirty (30) largest unsecured creditors on a consolidated basis promptly following the entry of this Order and to file a certificate of service with the Clerk of the Court.

### [END OF DOCUMENT]

Prepared by:

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
Cecilia J. Christy, Georgia Bar No. 370092
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com
***Attorney for Debtor***

# DISTRIBUTION LIST

Louis G. McBryan
McBryan, LLC
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328

Thomas W. Dworschak
United States Trustee's Office
Richard B. Russell Federal Building
Suite 362
75 Ted Turner Drive, SW
Atlanta, GA 30303