IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TROP, INC., et al., | ) | Jointly Administered Under |
| | ) | CASE NO. 18-65726-jwc |
| Debtors. | ) | |
| | ) | |

## DEBTORS THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE EXCLUSIVITY PERIOD TO FILE A PLAN

COMES NOW, Trop, Inc., Country Club, Inc., Fly Low, Inc., and Pony Tail, Inc., (collectively, the "**Debtors**") by and through the undersigned counsel, and hereby files this Third Motion Requesting Entry of Order Extending Debtors Exclusivity Period to File a Plan (the "Motion"). In support of the Motion, Debtors shows the Court as follows:

1.

On September 19, 2018, Debtor Trop, Inc., filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. ("Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division.

2.

On October 5, 2018, Debtors Country Club, Inc., and Fly Low, Inc., filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division.

3.

On November 2, 2018, Debtor Pony Tail, Inc., filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division.

4.

The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

5.

On January 15, 2019, Debtors filed a Motion Requesting Entry of Order Extending the Exclusivity Period to File a Plan [Docket No. 126] and requesting an extension of the exclusivity period to file a plan for an additional 120-day period through and including April 15, 2019. After a hearing was held on February 14, 2019, the Court found cause to extend the exclusivity period (the "Exclusive Period") per Order dated February 15, 2019 [Docket No. 143] and extended Debtors exclusive period within which to file a plan through April 15, 2019 and to solicit acceptances of a plan through and including June 14, 2019.

6.

On April 10, 2019, Debtors filed a Second Motion Requesting Entry of Order Extending the Exclusivity Period to File a Plan [Docket No. 179] and requesting an extension of the exclusivity period to file a plan for an additional 120-day period through and including May 30, 2019. After a hearing was held on May 23, 2019, the Court found cause to extend the exclusivity period (the "Exclusive Period") per Order dated May 28, 2019 [Docket No. 202] and extended Debtors exclusive period within which to file a plan through May 30, 2019 and to solicit acceptances of a plan through and including July 30, 2019.

7.

The Court may extend the exclusivity period for cause pursuant to 11 U.S.C. § 1121(d)(1).

8.

The decision to grant an extension of the Debtors exclusivity periods is within the Court's sound discretion.

9.

Debtors request that the Exclusive Period in which to file their plan of reorganization be extended through and including July 15, 2019 and that Debtors exclusive period within which to solicit acceptances of a plan of reorganization be extended through September 15, 2019. Debtors show that extending the exclusivity deadlines are appropriate and the additional time will allow the Debtors to formulate a more definitive plan. This request is made prior to the expiration of the current deadline.

WHEREFORE, for all of the foregoing reasons, Debtors moves this Court to enter an Order:

(a) Granting the Motion;

(b) Extending the Debtors' exclusive Period and exclusive rights under Section 1121 of the Bankruptcy Code to file a plan through and including July 15, 2019 and the exclusive period within which to solicit acceptances of a plan through and including September 15, 2019; and

(c) Granting Debtor such other and further relief as may be just and proper.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorneys for Debtors**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TROP, INC., et al., | ) | Jointly Administered Under |
| | ) | CASE NO. 18-65726-jwc |
| Debtors. | ) | |
| | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on May 28, 2019, Debtors Trop, Inc., Country Club, Inc., Fly Low, Inc., and Pony Tail, Inc., (collectively, the "**Debtors**") filed a **Third Motion Requesting Entry Of Order Extending Debtor's Exclusivity Period To File A Plan** (the "Motion") [Docket No. 203].

**PLEASE TAKE FURTHER NOTICE that the Court shall hold a hearing on this Motion on June 20, 2019, at 11:00 a.m. in Courtroom 1203, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This is the 28th day of May 2019.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com
*Attorney for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TROP, INC., et al., | ) | Jointly Administered Under |
| | ) | CASE NO. 18-65726-jwc |
| Debtors. | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the **Third Motion Requesting Entry of Order Extending Debtor's Exclusivity Period to File A Plan** and **Notice of Hearing** with the Clerk of Court using the CM/ECF system which will send electronic notification to all users who have consented to such service or by placing same in a properly addressed envelope with adequate postage affixed thereon by placing same in the U.S. Mail upon the Debtors' thirty (30) largest unsecured creditors on a consolidated basis listed on the attached "Exhibit A".

See Exhibit "A" attached hereto.

This 28th day of May 2019.

Respectfully submitted,

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com
***Attorney for Debtors***

Trop, Inc., et al.,
Consolidated Creditors Matrix

Business First Bank
Attn: Mark Manda
500 Laurel Street
Baton Rouge, LA 70801

Ronika Jones
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220

Seleta Stanton
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220

Janice Dennis
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220

Steveontrae McDowell
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220

Shanice Bain
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220

Queen Lewis
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220

Jaszmann Espinoza
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220

Schulten Ward & Turner
260 Peachtree Street NW
#2700
Atlanta, GA 30303

Ainsworth Dudley
c/o Leslie Pineyro
Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Michael L. Chapman, PC
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220

Kiara Scott
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220

Netonia Bell
c/o Harlan S. Miller, Esq.
6868 Leslie Lane
Macon, GA 31220

Gerald Tobin
4551 Ponce de Leon Blvd
Miami, FL 33146-1832

Carlson Lynch Sweet Kilpela Carpenter LLP
c/o Edward Danowitz, Esq.
Danowitz Legal, PC
300 Galleria Parkway, Suite 960
Atlanta, GA 30339

Parks, Chesin & Walbert PC
74 14th Street
26th Floor
Atlanta GA 30309

BA Holdings
c/o Jordan Forman, Esq.
Alex B. Kaufman, Esq.
Kaufman & Forman, P.C.
8215 Roswell Road
Building 800
Atlanta, Georgia 30350-6445

DeKalb County Tax Commissioner
PO Box 100004
Decatur, GA 30031

Teresa Gikas-Fears
c/o Ainsworth Dudley, Esq.
4200 Northside Parkway
1-200
Atlanta GA 30327

Tiffany Leigh Miller
c/o Ainsworth Dudley, Esq.
4200 Northside Parkway
1-200
Atlanta GA 30327

Fulton County Tax Commissioner
141 Pryor Street, SW
Atlanta, GA 30303

Charles R. Bridgers
101 Marietta Street NW Suite 3100
Atlanta GA 30303-2731

Latoya Becton
c/o Ainsworth Dudley, Esq.
4200 Northside Parkway
1-200
Atlanta GA 30327

Latisha Blake
c/o Ainsworth Dudley, Esq.
4200 Northside Parkway
1-200
Atlanta GA 30327

Georgia Department of Revenue
PO Box 105408
Atlanta, GA 30348

Shana McAllister
c/o Carlson Lynch Sweet
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

Lauren Houston
c/o Carlson Lynch Sweet
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

Amanda Brown
c/o Ainsworth Dudley, Esq.
4200 Northside Parkway
1-200
Atlanta GA 30327

Janay Lundie
c/o Ainsworth Dudley, Esq.
4200 Northside Parkway
1-200
Atlanta GA 30327

Kanisha Cotton
c/o Ainsworth Dudley, Esq.
4200 Northside Parkway
1-200
Atlanta GA 30327

Tarpon Financial Corp
c/o Paul Reece Marr, Esq.
Suite 960
300 Galleria Parkway NW
Atlanta, GA 30339

Thomas W. Dworschak
United States Trustee's Office
Richard B. Russell Federal Bldg Suite 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

Teri G. Garlardi
c/o John A. Christy, Esq.
Shreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, GA 30309